LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

CASE NUMBER: LSP-2014-1837

SECOND STEP RESPONSE FORM
(HEADQUARTERS)

TO: JOHNSON, TONY   295222                     RCC
Offender Name and Number                        Living Unit

Response to Request Dated , Received in this Office on :

Your request for an Administrative review of ARP # LSP-2014-1837 has been received. A qualified member of the Headquarters staff has reviewed your request in order to render a fair and impartial response.

It has been determined, after a thorough review of all pertinent documentation, that your grievance can not be substantiated. Your allegations were considered and investigated following PREA guidelines. Per the completed investigation report by LSP Investigative Services, on 3/13/14 you spoke to Assistant Warden Lamartiniere concerning your claim that Lt. Holliday had been instigating sexual acts with other offenders. However, when you were speaking to Assistant Warden Lamartiniere you did not inform him that you had been involved in any type of sexual acts with Lt. Holliday, only other offenders had. You refused to give the names of these other offenders. On 3/25/14 when you were interviewed by LSP Investigative Services concerning your allegations against Lt. Holliday, you informed them then that you had been sexually assaulted since 10/2013, however on 1/06/2014 was the first time that Lt. Holliday approached you and that the assaults repeatedly occurred through 3/2014. You were not able to provide any witnesses to your allegations but provided Investigative Services with a piece of plastic trash bag containing a brown paper towel soaked with what you advised Investigative Services to be Lt. Holliday's semen. This sample was sent to the Louisiana State Police Crime Lab to be tested and the results showed to be inconclusive. You also informed LSP Investigative Services that you witnessed Lt. Holliday and a security officer exposing himself to you while participating in a bet. Due to Lt. Holliday's arrest for of LRS 14:134 (Malfeasance in Office) and subsequent resignation , the investigation could not be completed. The first step response prepared by the LSP staff is deemed adequate and appropriate. As such, this office concurs and finds no further investigation warranted.

Your request for relief is denied.

_01/27/15_____                          _____
Date                                            Secretary's Signature or His Designee