UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**TONY JOHNSON (D.O.C. NO. 295222)**           **CIVIL ACTION NO. 15-38-JWD-RLB**

**VERSUS**                                     **JUDGE JOHN W. deGRAVELLES**

**TYLER HOLLIDAY, ET AL.**                     **Mag. Judge RICHARD L. BOURGEOIS**

## R U L I N G

Before this Court is the Motion to Dismiss pursuant to F.R.C.P. Rule 12(b)(1), (Doc. 43). The motion is not opposed. The Court, having reviewed the motion and supporting memorandum and finding that it is meritorious, the Motion is GRANTED, (Doc. 43). Defendants, Tyler Holliday and Joseph Lamartiniere, are DISMISSED in their official capacity with prejudice, and the Louisiana Department of Public Safety and Corrections is DISMISSED with prejudice.

Signed in Baton Rouge, Louisiana, on May 17, 2016.

*JUDGE JOHN W. deGRAVELLES*
*UNITED STATES DISTRICT COURT*
*MIDDLE DISTRICT OF LOUISIANA*