UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TONY JOHNSON** | * | **CIVIL ACTION** |
| **(DOC No. 295222)** | * | |
| | * | **NO. 14-038-JWD-RLB** |
| | * | |
| **VERSUS** | * | **JUDGE JOHN W. DEGRAVELLES** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| **TYLER HOLLIDAY, ET AL** | * | **RICHARD L. BOURGEOIS, JR.** |

## AFFIDAVIT OF SETTLEMENT EFFORTS

NOW INTO COURT, through undersigned counsel, comes Plaintiff Tony Johnson who submits this Affidavit of Settlement Efforts:

Counsel for Mr. Johnson has conferred with counsel for defendants on multiple occasions, including two settlement conferences with Magistrate Judge Richard L. Bourgeois, Jr. Undersigned has also conferred in person with opposing counsel and exchanged written offers of settlement on behalf of the parties. Defendants' first written offer was submitted to counsel for Mr. Johnson on December 27, 2019, and Mr. Johnson declined the offer. Mr. Johnson made a good faith settlement counteroffer to the defendants, who have a deadline of January 10, 2019 to respond.

Respectfully submitted by:

*/s/ Carmen T. Hebert*
Carmen T. Hebert, Bar # 33179
Carleton Hebert Wittenbrink & Shoenfelt, LLC
445 North Boulevard, Suite 625
Baton Rouge, LA 70802
Tel: (225) 282-0602
Fax: (877) 443-9889
chebert@lawfirmbr.com

***Attorney for Plaintiff Tony Johnson***

1