**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **TONY JOHNSON** | * | **CIVIL ACTION** |
| **(DOC No. 295222)** | * | |
| | * | **NO. 15-038-JWD-RLB** |
| | * | |
| **VERSUS** | * | **JUDGE JOHN W. DEGRAVELLES** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| **TYLER HOLLIDAY, ET AL** | * | **RICHARD L. BOURGEOIS, JR.** |

**************************************************************************

### AFFIDAVIT OF SETTLEMENT EFFORTS ON BEHALF OF DEFENDANTS JOSEPH LAMARTINIERE, BURL CAIN, AND LESLIE DUPONT

I hereby declare under the penalty of perjury that the following is true and correct.

The Parties to this matter have had and continue to have discussions regarding the possibility of settlement of this matter. The Parties have submitted settlement offers and counter-offers to each other but have been unable to reach an agreement in this matter at the present time. However, Defendants remain open to the possibility of settlement and will continue to engage in settlement discussions with Plaintiff until such time as the matter is resolved or it is determined that an amicable resolution cannot be reached.

                                              **RESPECTFULLY SUBMITTED,**

                                              **JEFF LANDRY**
                                              **ATTORNEY GENERAL**

                                              ***/s/ Christopher N. Walters***
                                              Christopher N. Walters (Bar Roll #35579)
                                              Assistant Attorney General

                                              ***/s/ James G. Evans***
                                              James G. Evans (Bar Roll #35122)
                                              Assistant Attorney General
                                              **LOUISIANA DEPARTMENT OF JUSTICE**
                                              **LITIGATION DIVISION**
                                              1885 N. 3rd St. – Third Floor

P. O. Box 94005
Baton Rouge, LA  70804-9005
Telephone: (225) 326-6300
Fax: (225) 326-6495
Email: waltersc@ag.louisiana.gov
            evansj@ag.louisiana.gov

*Counsel for Burl Cain, Joseph Lamartiniere and Leslie Dupont*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 6th day of January 2020, the foregoing was filed electronically with the Clerk of Court by using the CM/ECF system.  Notice of this filing will be sent to all parties who participate in electronic filing by operation of the court's electronic filing system.

*/s/ Christopher N. Walters*
**AAG Christopher N. Walters**