# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

TONY JOHNSON
(DOC #295222)

CIVIL ACTION

VERSUS

NO. 15-38-JWD-RLB

TYLER HOLLIDAY, ET AL.

## JURY VERDICT FORM

## LIABILITY

### A. Defendant Tyler Holliday

### Question 1

Has the Plaintiff Tony Johnson proven by a preponderance of the evidence that, between January and March, 2014, Defendant Tyler Holliday violated his Eighth Amendment right against sexual abuse?

✓ Yes  _____ No

*(If you answered "Yes," please go to Question 2. If you answered "No," please STOP, sign and date the verdict form, and alert the Court Security Officer ("CSO"))*

## B. Defendant Joseph Lamartiniere

### Question 2

Has the Plaintiff Tony Johnson proven by a preponderance of the evidence that, on or after March 13, 2014, Defendant Joseph Lamartiniere violated Plaintiff's Eighth Amendment by failing to protect him from a substantial risk of harm?

_____ Yes __✓__ No

(*If you answered "Yes," please go to Question 3. If you answered "No," please go to Question 4*)

### Question 3

Has the Plaintiff Tony Johnson proven by a preponderance of the evidence that Defendant Joseph Lamartiniere is not entitled to qualified immunity?

_____ Yes _____ No

(*Please go to Question 4*)

## C. Defendant Leslie Dupont

### Question 4

Has the Plaintiff Tony Johnson proven by a preponderance of the evidence that, on or after March 13, 2014, Defendant Leslie Dupont violated Plaintiff's Eighth Amendment by failing to protect him from a substantial risk of harm?

_____ Yes __✓__ No

(*If you answered "Yes," please go to Question 5. If you answered "No," please go to Question 6*)

## Question 7

Has the Plaintiff Tony Johnson proven by a preponderance of the evidence that Defendant Burl Cain is not entitled to qualified immunity?

_____ Yes _____ No

## Instructions After Question 7:
(*If you answered "Yes" to Question 1, 3, 5, **or** 7 (that is, found **any** Defendant liable), then please go to Question 8.  If you answered "No" to Question 1 **and** "No" to Questions 2 or 3 **and** "No" to Questions 4 or 5 **and** "No" to Questions 6 or 7 (that is, found that **all** Defendants were **not** liable), then **stop**, sign and date the verdict form, and alert the CSO)*

### DAMAGES

## Question 8

Do you find that Plaintiff Tony Johnson suffered any compensatory damages from the violation of his Eighth Amendment rights?

__✓__ Yes _____ No

(*If you answered "Yes," please go to Question 9.  If you answered "No," please go to Question 11.*)

## Question 9

What amount will compensate Plaintiff Tony Johnson for the compensatory damages he suffered as a result of the violation(s) of his Eighth Amendment rights up to and including March 21, 2014?

  Past and Future
  Physical Pain and Suffering: $ 100,000

  Past and Future
  Mental Anguish and
  Emotional Distress: $ 100,000

  Loss of Enjoyment
  Of Life: $ 50,000

(*Please go to Question 10*).

## Question 10

What amount will compensate Plaintiff Tony Johnson for the compensatory damages he suffered as a result of a violation(s) of his Eighth Amendment rights of March 22, 2014?

  Past and Future
  Physical Pain and Suffering: $ 100,000

  Past and Future
  Mental Anguish and
  Emotional Distress: $ 100,000

  Loss of Enjoyment
  Of Life: $ 50,000

*(Please go to Question 11).*

## Question 11

Do you find that Defendants Tyler Holliday, Joseph Lamartiniere, Leslie Dupont, **or** Burl Cain acted with malice or reckless indifference to the rights of Plaintiff Tony Johnson, thereby entitling Plaintiff to punitive damages?

__✓__ Yes  ____ No

*(If you answered "Yes," please go to Question 12. If you answered "No," please STOP, sign and date the verdict form, and alert the CSO.)*

## Question 12

If you marked "Yes" in answering Question 11 (i.e., found that **any** Defendant was liable for punitive damages), then, for each Defendant that you found liable, write the name of that Defendant and the amount of punitive damages you feel fair under the circumstances.

| Defendant | Amount |
|---|---|
| Tyler Holliday | $ 250,000 |
| | $ |
| | $ |
| | $ |

*(Please sign the verdict form and alert the CSO)*

Signatures of Jury Members with Date:

_[signature]_ 2/6/2020
Jury Foreperson