UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**TONY JOHNSON (DOC No. 295222)**

**VERSUS**

**TYLER HOLLIDAY, ET AL**

**CIVIL ACTION**

**NO. 15-038-JWD-RLB**

## JUDGMENT

This matter came for trial by jury beginning on n February 3, 2020 and concluding on February 6, 2020, before the Honorable Judge John W. deGravelles. On the last day of trial, the jury returned a verdict finding that Defendant Tyler Holliday violated Tony Johnson's Eighth Amendment right against sexual assault and compensated Plaintiff Tony Johnson for the compensatory damages he suffered as a result of the violation(s) of his Eighth Amendment rights up to and including March 21, 2014 with the following:

| | |
|---|---|
| Past and Future Physical Pain and Suffering: | $100,000.00 |
| Past and Future Mental Anguish and Emotional Distress: | $100,000.00 |
| Loss of Enjoyment of Life: | $ 50,000.00 |

On February 6, 2020, the jury also awarded Plaintiff Tony Johnson the following for the compensatory damages Plaintiff Tony Johnson suffered as a result of a violation(s) of his Eighth Amendment rights of March 22, 2014:

| | |
|---|---|
| Past and Future Physical Pain and Suffering: | $100,000.00 |
| Past and Future Mental Anguish and Emotional Distress: | $100,000.00 |
| Loss of Enjoyment of Life: | $ 50,000.00 |

On February 6, 2020, the jury also awarded Plaintiff Tony Johnson $250,000.00 in punitive damages against Defendant Tyler Holliday.

On February 6, 2020, the jury also found that Plaintiff Tony Johnson failed to prove by a preponderance of the evidence that, on or after March 13, 2014, Defendant Joseph Lamartiniere,

1

Defendant Leslie Dupont and Defendant Burl Cain violated Plaintiff's Eighth Amendment by failing to protect him from a substantial risk of harm.

Accordingly,

**IT IS ORDERED ADJUDGED, AND DECREED** that judgment is rendered in favor of Plaintiff Tony Johnson and against Defendant, Tyler Holliday, for the total sum of $500,000.00 in compensatory damages and $250,000.00 in punitive damages, plus reasonable attorneys' fees and all taxable court costs to be determined later by this Court.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that judgment is rendered in favor of Defendants Joseph Lamartiniere, Leslie Dupont, and Burl Cain and against Plaintiff Tony Johnson and that all claims against these Defendants are **DISMISSED WITH PREJUDICE.**

Signed in Baton Rouge, Louisiana, on February 18, 2020.

                                                **JUDGE JOHN W. deGRAVELLES**
                                                **UNITED STATES DISTRICT COURT**
                                                **MIDDLE DISTRICT OF LOUISIANA**